Filing # 45927478 E-Filed 08/31/2016 02:58:22 PM

IN THE CIRCUIT COURT, FOURTH
JUDICIAL CIRCUIT, IN AND FOR
DUVAL COUNTY, FLORIDA.

CASE NO.:    16-2016-CA-005612-XXXX-MA

DIVISION:    CV-B

CHRISTOPHER SKOUBY, an
individual,

        Plaintiff,

vs.

THE SCARLETT GROUP, LLC,
a Florida Limited Liability Company,

        Defendant.

_____

## AMENDED COMPLAINT AND DEMAND FOR JURY TRIAL

Plaintiff, CHRISTOPHER SKOUBY, (hereinafter Plaintiff), individually and on behalf of

all other similarly situated, sues the Defendant, THE SCARLETT GROUP, LLC, a Florida Limited

Liability Company, (hereinafter Defendant), and alleges:

1.      This is an action for damages that exceeds Fifteen Thousand Dollars ($15,000.00)

exclusive of attorney's fees and costs.

2.      At all times material hereto, Plaintiff was a resident of Jacksonville, Duval County,

Florida.

3.      At all times material,  Defendant was doing business in Jacksonville, Duval County,

Florida.

4.      At all times material hereto, the Defendant had been an enterprise engaged in

commerce or in the production of goods for commerce within the meaning of the Fair Labor

Standards Act of 1938, as amended (hereinafter the "Act") and thereby subject to revisions of that Act relating to the payment of wages to its employees.

5.      From May, 2014, until approximately June 22, 2015, Plaintiff had been employed by Defendant in a position of employment that is not subject to any exemption from the overtime provisions of the Act.

6.      The Defendant violated the overtime wage provisions of the Act by reason of a failure to pay the Plaintiff overtime wages for hours worked over forty (40) during any designated work week.

7.      .The Defendants' violation of this Act was a continuing violation for the period of employment of the Plaintiff.

8.      The Defendants' failure to pay overtime wages to the Plaintiff required under the provision of the Acts constitutes a willful violation of the Act thereby permitting Plaintiff to recover unpaid overtime wages plus liquidated damages for at least a three (3) year period of time immediately preceding the date this action is filed. The Defendant has demonstrated its willful intent to violate the Act and that it has no reasonable basis for failing and refusing to pay the Plaintiff overtime wages.

9.      By reason of the Defendant's violation of the Act, the Plaintiff is entitled to recover all amounts provided under Section 16 of the Act including Plaintiff's overtime wage compensation plus an additional equal amount as liquidated damages, any penalties, prejudgment interest, costs and attorneys fees.

10.     Plaintiff has retained the undersigned counsel and has agreed to pay a reasonable fee for his services herein.

**WHEREFORE,** Plaintiff demands judgment against the Defendant for statutory,

compensatory and liquidated damages, prejudgment interest, costs and reasonable attorney's fees, and demands a trial by jury on all issues so triable.

RESPECTFULLY SUBMITTED,


/s/     David B. Sacks
DAVID B. SACKS, ESQUIRE
Fla. Bar No.: 0964409
4494 Southside Blvd., #101
Jacksonville, FL 32216
Tele: (904) 634-1122
Fax: (904) 355-8855
Email: david@sackslegal.com
Attorney for Plaintiff