UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

CHRISTOPHER SKOUBY,
an individual,

       Plaintiff,

vs.                                    Case No. 3:16-cv-1185-J-39PDB

THE SCARLETT GROUP, LLC,

       Defendant.
_____

## ORDER

**THIS CAUSE** is before the Court on Magistrate Judge Patricia D. Barksdale's Report and Recommendation (Doc. 13; Report), entered on March 13, 2017, recommending that the Joint Motion for Approval of Settlement (Doc. 11; Motion) be granted; that the Settlement Agreement (Doc. 11-1) be approved as a fair and reasonable compromise of a bona fide dispute; and that this action be dismissed with prejudice. Report at 6. Neither party has filed an objection to the Report, and the time for doing so has passed.[1] Accordingly, the matter is ripe for review.

The Court may "accept, reject, or modify, in whole or in part, the findings or recommendations made by the magistrate judge." 28 U.S.C. § 636(b). If no specific objections to findings of fact are filed, the district court is not required to conduct a review of those findings. See Garvey v. Vaughn, 993 F.2d 776, 779 & n.9 (11th Cir. 1993); see also 28 U.S.C. § 636(b)(1). Further, if no objections to a magistrate judge's report and

---

[1] Rule 6.02(a), Local Rules, United States District Court, Middle District of Florida (Local Rule(s)) directs that any objections to a report and recommendation should be filed within fourteen days after service of the report and recommendation.

recommendation are filed, the district court reviews legal conclusions only for plain error and only if necessary in the interests of justice. Shepherd v. Wilson, 663 F. App'x 813, 816 (11th Cir. 2016); see also Mitchell v. United States, 612 F. App'x 542, 545 (11th Cir. 2015) (noting that under 11th Circuit Rule 3-1, the appellant would have waived his ability to object to the district court's final order on a report and recommendation where appellant failed to object to that report and recommendation) (citing 11th Cir. R. 3-1). "Under plain error review, we can correct an error only when (1) an error has occurred, (2) the error was plain, (3) the error affected substantial rights, and (4) the error seriously affects the fairness, integrity or public reputation of judicial proceedings." Symonette v. V.A. Leasing Corp., 648 F. App'x 787, 790 (11th Cir. 2016) (citing Farley v. Nationwide Mut. Ins. Co., 197 F.3d 1322, 1329 (11th Cir.1999)).

Notwithstanding the standard of review, the Court has conducted an independent examination of the record in this case and a de novo review of the legal conclusions. Plaintiff filed suit against Defendant pursuant to the Fair Labor Standards Act, 29 U.S.C. § 201 et seq. ("FLSA"), seeking recovery of unpaid overtime. (See Doc. 2; Amended Complaint). Thereafter, the parties engaged in settlement negotiations, which resulted in a resolution of the issues and claims raised in this case. (See Doc. 11; Motion). Upon review of the entire record, including the Report, Motion, and the Settlement Agreement, the undersigned concludes that the settlement represents a "fair and reasonable" resolution of Plaintiff's FLSA claim. See Lynn's Food Stores, Inc. v. U.S. by & through U.S. Dep't of Labor, 679 F.2d 1350, 1353-54 (11th Cir. 1982). Accordingly, the Court will accept and adopt Judge Barksdale's Report and Recommendation.

In light of the forgoing, it is hereby

**ORDERED**:

1. Magistrate Judge Patricia D. Barksdale's Report and Recommendation (Doc. 13) is **ADOPTED** as the opinion of the Court.

2. The parties' Joint Motion for Approval of Settlement (Doc. 11) is **GRANTED**.

3. For purposes of satisfying the requirements of the Fair Labor Standards Act, the Settlement Agreement (Doc. 11-1) is **APPROVED** as a fair and reasonable compromise of a bona fide dispute.

4. This case is **DISMISSED with prejudice**.

5. The Clerk of the Court is directed to terminate any pending motions and deadlines and to close this file.

**DONE AND ORDERED** in Jacksonville, Florida, this 14th day of June, 2017.

BRIAN J. DAVIS
United States District Judge

jl

Copies furnished to:

Honorable Patricia D. Barksdale
United States Magistrate Judge

Counsel of Record

3